**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No. 17-17682-JKO
                                                                Chapter   13

**YVON MAURICETTE,**

    Debtor.

_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**  The final Mortgage Modification Mediation ("MMM") conference was conducted and the following parties were present:

1. [ ] The Debtor's attorney _____
2. [ ] The co-obligor/co-borrower/or other third party, _____
   _____
3. [ ] The Lender's representative and Lender's attorney, _____
4. [ ] Other: _____

**B.**  The final MMM conference was not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ X ] Other: modification denied, parties consented to closing mediation without conference

**C.**  The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement.
2. [ ] The parties did not reach an agreement.

Dated: June 8, 2018                          /s/Peter E. Shapiro
                                             Peter E. Shapiro
                                             8551 West Sunrise Boulevard,
                                             Suite 300
                                             Plantation, FL 33322
                                             (954) 315-1157
                                             pshapiro@shapirolawpa.com

MMM-LF-13 (08/01/14)

Copies to: All parties to mediation

MMM-LF-13 (08/01/14)